In the Matter of the Probate of the Last Will and Testament of HALLIE CHAMPLIN FENTON, Deceased. HARRY CHAMPLIN, JEANNETTE CHAMPLIN and BRONXVILLE TRUST COMPANY OF BRONXVILLE, N. Y., as Executors, etc., of HALLIE CHAMPLIN FENTON, Deceased; HARRY CHAMPLIN and Others, Residuary Legatees and Devisees; and CHARLES HENDEE SMITH, Legatee, Appellants; WARDEN H. FENTON, Respondent.— Appeal from so much of a decree of the Surrogate's Court of Westchester county construing a will as provides that a legacy of $35,000 is preferred over all other legacies and is first entitled to payment. Decree modified by striking out the provision reading: " Ordered, Adjudged and Decreed that the legacy in the ' Eleventh ' paragraph of the Will to Warden H. Fenton of $35,000.00 is preferred over all other legacies mentioned in said Will and is first entitled to payment," and as so modified unanimously affirmed, in so far as appealed from, with costs, payable out of the estate, to all parties appearing and filing briefs. In our opinion, the application for a preference here rests upon no other element than⁷ that the respondent is the husband of the testatrix, which in itself is insufficient to create a presumption that the testatrix intended to prefer him. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

KOKAN COAL COMPANY, INC., Appellant, v. ERWIN J. KASTEN, Defendant, and MATTHEW LILLING and ARTHUR A. SCHERZER, Respondents.— In an action brought to recover damages for the conversion of personal property and for goods sold and delivered, order denying plaintiff's motion to compel the respondents, Scherzer and Lilling, to deposit with the sheriff of New York county the sum of $5,000, the amount of cash bail received from the former attorney for Scherzer, during the pendency of a certain stay issued by this court, or in the alternative to punish the respondents for contempt of court, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.